

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2013

No. 04-13-00404-CV

**IN RE** The **ESTATE OF** Alberto **TREVINO**, Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On July 8, 2013, real party in interest filed a motion asking this court to lift or partially lift the emergency stay of proceedings granted by order of June 25, 2013. Real party in interest's motion is DENIED.

It is so **ORDERED** on July 12, 2013.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. P-01796, styled *IN RE The ESTATE OF Alberto TREVINO, Jr.*, pending in the County Court, Zapata County, Texas, the Honorable Joe Rathmell presiding.